STEVEN WEISS, CSBN 197374
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
sweiss@baylegal.org
Phone: (510) 663-4744 x5206
Fax: (510) 663-4740
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**OAKLAND DIVISION**

| | |
|---|---|
| BEATRICE STEWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br>　　　　　Defendant. | Case No.  4:13-CV-00450-KAW<br><br>STIPULATION AND PROPOSED ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT,  28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff will be awarded attorney fees in the amount of seven thousand ($7,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and zero dollars ($00.00) in costs under Taxation of Costs, 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

　　　　After the Court issues an order for EAJA fees to Plaintiff, the Defendant will consider any assignment of EAJA fees to Plaintiff's counsel, Bay Area Legal Aid.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

　　　　Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Bay Area Legal Aid, Tax ID# 94-1631316, pursuant to any assignment

executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Bay Area Legal Aid, 1735 Telegraph Ave., Oakland, CA 94612.

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA, although Bay Area Legal Aid has waived their right to claim any fees under 42 U.S.C. §406(b).

      Respectfully submitted,

Dated: November 4, 2014

      */s/ Steven M. Weiss*
      STEVEN M. WEISS
      Attorney at Law
      Attorney for Plaintiff

Dated: November 4, 2014

      MELINDA L. HAAG
      United States Attorney
      DONNA L. CALVERT
      Acting Regional Chief Counsel, Region IX
      Social Security Administration

By:

      */s/ Michael K. Marriott\**
      *\*as authorized by email 11/04/14*
      MICHAEL K. MARRIOTT
      Special Assistant U.S. Attorney

      Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

DATED: 11/07/14

      KANDIS A. WESTMORE
      UNITED STATES MAGISTRATE JUDGE